| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 18:13-16 | 18:13-16 | | | 15:13-16:3; 19:22-25; 20:1-24; 24:2-13; 25:4--12 | 18:17-20 | | 18:21-19:5 |
| 76:20-24; 83:15-25 | 84:11-14 | 39:23-25; 42:14-17; 81:4-19 | 38:7-22; 61-65:11; 66:1-68:17 and 69:2-70:13; See Exhibits 213, 214, 215 | 43:19-24; 44:12-17; 48:1-25; 49:8-13; 50:23-51:7; 52:1-4; 52:19-53:14; 54:10-21; 74:1-12; 77:4-14; 78: 11-21; 79:5-8 | 84:7-10 | | |
| 102:10-17 | 103:5-7 | 92: 15-94:1; 103: 5-7 | | 42:15-25; 49:10-25; 50:3-7; 60:16-20; 103:5-7 | 103:5-7 | 103:5-7 | 103:5-7 |
| 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 45:7-15; 46:3-11; 48: 10-13; ; 49:18-25; 51:8-12; 54:4-22; 55:5-22; 60:13-19; 69:6-20 (see Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) |
| 34:25-36:7; 43:18-21 | 34:25-36:7 | 20:1-7 | | 18:11-19:22; 21:19-22:8 | | | |
| 19:22-23 | | 20:12-14; 22:5-24 | | 9:3-10:10; 13:16-19 | | | |
| Stipulated in Deposition that testimony of Mark Bernstein and Marjorie Bernstein is binding upon Lewis Bernstein 40:18-41:1 | | | | | | | |
| Stipulated in Deposition that testimony of Mark Bernstein is binding upon Mrs. Bernstein 39: 18-40:5 | | | | | | | |
| 186:21-187:8 | | 186:21-187:8 | 89:11-16 | 65:4-66:2; 67:14-22; 82:1-10; 83:6-12; 92:19-24; 109:19-110:1; 111:11-14; 115:1-8; 117:20-23 | | | |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 5:2-7 | 5:8-16 | 5:17-25 | 21:23-24:14 (See Exhibits 314-315) | 6:1-11 | 6:12-14 | 6:15-17 | 6:18-21 |
| 5:2-7 | 5:8-16 | 5:17-25 | 28:3-29:14 (See Exhibit 311) | 6:1-11 | 6:12-14 | 6:15-17 | 6:18-21 |
| 5:21-6:10 | 6:11-6:21 | 6:22-7:6 | 7:14-7:17 | 7:22-8:19 | 8:20-9:1 | 9:2-6 | 9:7-13 |
| 5:3-8 | 5:9-17 | 5:18-6:1 | 6:2-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-7:2 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:8-5:16 | 5:17-6:2 | 6:9-6:18 | 6:22-7:10 (See Exhibit 349) | 7:11-8:6 | 8:13-18 | 8:19-23 | 8:24-9:3 |
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-5 | 6:6-16 | 6:17-19 | 6:20-22 | 6:23-7:1 |
| 30:4-8 | 44:5-14; 49:12-15 | 30:9-21; 31:2-16 | | 25:1-15; 26:20-23; 27:10-12; 32:14-19; 33:10-15; 34:2-8;34:13-20; 35:12-23; 36:14-16; 43:13-25; 44:15-25; 48:11-22 | 49:16-19 | | 49:20-50:3 |
| 6:13-25; | 7:1-9 | 7:10-15 | | 8:21-9:8; 48:15-5; 49:9-25 | 55:17-20; 55:24-56:1 | | |
| 45:15-25 | | 32: 9-19; 33:17-18; 41:14-17; 46:1-4 | | 25: 4-26:3; 34:1-8; 35:2-3; 35: 16-36:11; 37:1-3; 37:18-24; 41:3-5; 45:6-13; 46:5-22; 48:1-8 | 49:12-15; 49:23-50:2 | | 49:17-22 |
| 5:2-16 | 5:2-16 | 5:2-16 | 5:17-25 | 6:1-15 | 5:2-16 | | |
| 5:3-8 | 5:9-17 | 5:18-6:1 | 6:2-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-25 |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| | 2.67 | 36: 15-24; 37:13-22; 39:3-10; 64:23-65:3 | 86:1-14 | 22:13-16; 25; 2-26:9; 43:14-19; 46:2-7; 50:2-6; 50:24-51:2; 51:17-24; 52: 4-8; 56:6-15; 58: 2-5 | | | |
| 5:2-7 | 5:8-16 | 5:17-25 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-24 |
| 5:3-8 | 5:9-17 | 5:18-6:1 | 38:24-40:22 | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-7:2 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| | | | | | | | |
| 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 (See Exhibit 344) |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:17-23 | 5:24-6:10 | 5:20-23 | 6:5-10 | 6:11-20 | | | |
| 41:24-11 | | 34:15-35:8; 41:2-18; 72:16-21 | 38:3-40:22; 57:3-58:25 | 27:6-13; 27:18-23; 49:6-10; 50:1-8; 50:12-16; 60:9-23; 72:22-25; 73:5-10; 76:15-18; | | | |
| 5:8-18 | 5:19-25 | 5:8-18 | 6:1-7 | 6:8-15 | | | |
| 5:8-16 | 5:17-6:2 | 5:20-6:1; 6:16-20 | 6:3-6 | 6:8-15 | | | |
| 5:20-6:2 | 6:3-14 | 6:15-7:13 | | 8:1-18 | | | |
| 5:2-7 | 5:8-16 | | | 5:18-6:3 | 6:4-6 | 6:7-9 | 6:11-13 |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 61:4-62:24 | 61:4-62:24 | Account holder at St. Louis Bank: 57:23-59:23/Shareholder at St. Louis Bank 79:17-25 | 150:22-25; 151:1-4 | 46:10-16; 51:2-52:5; 54:20-55:1; 55:20-2; 147L3-17 | | | |
| 5:4-8 | 5:9-16 | 5:17-24 | 30:1-32:3 | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 1/2/1900 8:03:10 AM; 73:1-4 | | 46:4-13; 55:12-56:2 | | 39:13-18; 42:23-25; 43:16-19; 43:25-44:6; 44:12-18; 44:21-24; 45:6-12; 68:12-20; 68:25-69:16 | | | |
| 5:4-8 | | 5:17-24 | | 5:25-6:10 | | | |
| 5:4-8 | 5:9-16 | Not Applicable (11:22-25) Only contact with the Bank was regarding an inproperly endorsed check) | | 5:17-6:2 | | | |
| 5:6-15 | 5:16-6:2 | 6:3-13 | | 6:14-25 | 7:1-6 | 7:7-11 | 7:12-20 |
| 5:2-15; 30:4-17 | 5:2-15 | 5:2-15 | 5:21-25 | 6:2-13 | | | 5:18-25 |
| 38:17-39:14 | 38:17-39:14 | 21:15-23:5; 40:7-41:8 | 71:12-25; 72-13-16; 75:5-14 | 30:14-20; 31:1-5; 31:20-23; 33:15-23; 34:17-21; 35:4-7; 55:13-17; 56:4-9; 56: 21-57:1 | | | |
| 5:2-7 | 5:8-16 | 5:17-25 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |

| **Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program)** | **Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program)** | **Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds)** | **Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.)** | **Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.)** | **Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP)** | **Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group)** | **Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith)** |
|---|---|---|---|---|---|---|---|
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-5 | 6:6-16 | 6:17-19 | 6:20-22 | 6:23-25; 7:1 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:1-7 | 5:8-16 | 5:17-25 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-25; 7:1-2 |
| 5:1-8 | 5:9-17 | 5:18-6:1 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |
| 5:2-7 | 5:2-7 | 5:2-7 | 6:12-16 | 5:2-7 | 8:23-25; 9:1-5 | | |
| 5:1-6:9 | 5:1-6:9 | 5:1-6:9 | 5:1-6:9 | 5:1-6:9 | | | |
| 5:15-5:24 | 5:25-6:11 | 6:12-7:14 | | 8:5-8-22 | 8:23-25;9:1-5 | 9:6-11 | 9:12-18 |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 18:13-16 | 18:13-16 | | | 15:13-16:3; 19:22-25; 20:1-24; 24:2-13; 25:4--12 | 18:17-20 | | 18:21-19:5 |
| 76:20-24; 83:15-25 | 84:11-14 | 39:23-25; 42:14-17; 81:4-19 | 38:7-22; 61-65:11; 66:1-68:17 and 69:2-70:13; See Exhibits 213, 214, 215 | 43:19-24; 44:12-17; 48:1-25; 49:8-13; 50:23-51:7; 52:1-4; 52:19-53:14; 54:10-21; 74:1-12; 77:4-14; 78: 11-21; 79:5-8 | 84:7-10 | | |
| 102:10-17 | 103:5-7 | 92: 15-94:1; 103: 5-7 | | 42:15-25; 49:10-25; 50:3-7; 60:16-20; 103:5-7 | 103:5-7 | 103:5-7 | 103:5-7 |
| 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 45:7-15; 46:3-11; 48: 10-13; ; 49:18-25; 51:8-12; 54:4-22; 55:5-22; 60:13-19; 69:6-20 (see Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) | 49:7-17 (See Exhibit 235) |
| 34:25-36:7; 43:18-21 | 34:25-36:7 | 20:1-7 | | 18:11-19:22; 21:19-22:8 | | | |
| 19:22-23 | | 20:12-14; 22:5-24 | | 9:3-10:10; 13:16-19 | | | |
| Stipulated in Deposition that testimony of Mark Bernstein and Marjorie Bernstein is binding upon Lewis Bernstein 40:18-41:1 | | | | | | | |
| Stipulated in Deposition that testimony of Mark Bernstein is binding upon Mrs. Bernstein 39: 18-40:5 | | | | | | | |
| 186:21-187:8 | | 186:21-187:8 | 89:11-16 | 65:4-66:2; 67:14-22; 82:1-10; 83:6-12; 92:19-24; 109:19-110:1; 111:11-14; 115:1-8; 117:20-23 | | | |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 5:2-7 | 5:8-16 | 5:17-25 | 21:23-24:14 (See Exhibits 314-315) | 6:1-11 | 6:12-14 | 6:15-17 | 6:18-21 |
| 5:2-7 | 5:8-16 | 5:17-25 | 28:3-29:14 (See Exhibit 311) | 6:1-11 | 6:12-14 | 6:15-17 | 6:18-21 |
| 5:21-6:10 | 6:11-6:21 | 6:22-7:6 | 7:14-7:17 | 7:22-8:19 | 8:20-9:1 | 9:2-6 | 9:7-13 |
| 5:3-8 | 5:9-17 | 5:18-6:1 | 6:2-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-7:2 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:8-5:16 | 5:17-6:2 | 6:9-6:18 | 6:22-7:10 (See Exhibit 349) | 7:11-8:6 | 8:13-18 | 8:19-23 | 8:24-9:3 |
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-5 | 6:6-16 | 6:17-19 | 6:20-22 | 6:23-7:1 |
| 30:4-8 | 44:5-14; 49:12-15 | 30:9-21; 31:2-16 | | 25:1-15; 26:20-23; 27:10-12; 32:14-19; 33:10-15; 34:2-8;34:13-20; 35:12-23; 36:14-16; 43:13-25; 44:15-25; 48:11-22 | 49:16-19 | | 49:20-50:3 |
| 6:13-25; | 7:1-9 | 7:10-15 | | 8:21-9:8; 48:15-5; 49:9-25 | 55:17-20; 55:24-56:1 | | |
| 45:15-25 | | 32: 9-19; 33:17-18; 41:14-17; 46:1-4 | | 25: 4-26:3; 34:1-8; 35:2-3; 35: 16-36:11; 37:1-3; 37:18-24; 41:3-5; 45:6-13; 46:5-22; 48:1-8 | 49:12-15; 49:23-50:2 | | 49:17-22 |
| 5:2-16 | 5:2-16 | 5:2-16 | 5:17-25 | 6:1-15 | 5:2-16 | | |
| 5:3-8 | 5:9-17 | 5:18-6:1 | 6:2-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-25 |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| | 2.67 | 36: 15-24; 37:13-22; 39:3-10; 64:23-65:3 | 86:1-14 | 22:13-16; 25; 2-26:9; 43:14-19; 46:2-7; 50:2-6; 50:24-51:2; 51:17-24; 52: 4-8; 56:6-15; 58: 2-5 | | | |
| 5:2-7 | 5:8-16 | 5:17-25 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-24 |
| 5:3-8 | 5:9-17 | 5:18-6:1 | 38:24-40:22 | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-7:2 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 | 41:12-42:18 (See Exhibit 344) |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:17-23 | 5:24-6:10 | 5:20-23 | 6:5-10 | 6:11-20 | | | |
| 41:24-11 | | 34:15-35:8; 41:2-18; 72:16-21 | 38:3-40:22; 57:3-58:25 | 27:6-13; 27:18-23; 49:6-10; 50:1-8; 50:12-16; 60:9-23; 72:22-25; 73:5-10; 76:15-18; | | | |
| 5:8-18 | 5:19-25 | 5:8-18 | 6:1-7 | 6:8-15 | | | |
| 5:8-16 | 5:17-6:2 | 5:20-6:1; 6:16-20 | 6:3-6 | 6:8-15 | | | |
| 5:20-6:2 | 6:3-14 | 6:15-7:13 | | 8:1-18 | | | |
| 5:2-7 | 5:8-16 | | | 5:18-6:3 | 6:4-6 | 6:7-9 | 6:11-13 |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 61:4-62:24 | 61:4-62:24 | Account holder at St. Louis Bank: 57:23-59:23/Shareholder at St. Louis Bank 79:17-25 | 150:22-25; 151:1-4 | 46:10-16; 51:2-52:5; 54:20-55:1; 55:20-2; 147L3-17 | | | |
| 5:4-8 | 5:9-16 | 5:17-24 | 30:1-32:3 | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 1/2/1900 8:03:10 AM; 73:1-4 | | 46:4-13; 55:12-56:2 | | 39:13-18; 42:23-25; 43:16-19; 43:25-44:6; 44:12-18; 44:21-24; 45:6-12; 68:12-20; 68:25-69:16 | | | |
| 5:4-8 | | 5:17-24 | | 5:25-6:10 | | | |
| 5:4-8 | 5:9-16 | Not Applicable (11:22-25) Only contact with the Bank was regarding an inproperly endorsed check) | | 5:17-6:2 | | | |
| 5:6-15 | 5:16-6:2 | 6:3-13 | | 6:14-25 | 7:1-6 | 7:7-11 | 7:12-20 |
| 5:2-15; 30:4-17 | 5:2-15 | 5:2-15 | 5:21-25 | 6:2-13 | | | 5:18-25 |
| 38:17-39:14 | 38:17-39:14 | 21:15-23:5; 40:7-41:8 | 71:12-25; 72-13-16; 75:5-14 | 30:14-20; 31:1-5; 31:20-23; 33:15-23; 34:17-21; 35:4-7; 55:13-17; 56:4-9; 56: 21-57:1 | | | |
| 5:2-7 | 5:8-16 | 5:17-25 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |

| Stipulation No. 1 (Plaintiff ____________ has no personal knowledge or evidence that St. Louis Bank had any knowledge whatsoever of the Ponzi scheme that was operated by Martin Sigillito, MTSA, or the British Lending Program) | Stipulation No. 2 (Plaintiff _______________ has no evidence or personal knowledge of St. Louis Bank being aware of any facts whatsoever that would have put St. Louis Bank on notice to the fraudulent nature of the British Lending Program, the British Lending Program loans, or the Ponzi scheme operated by Martin Sigillito, MTSA, or any participants in the British Lending Program) | Stipulation No. 3 (Plaintiff ___________ never had any contact whatsoever with St. Louis Bank or any employees of St. Louis Bank, including regarding Plaintiffs' investments in the British Lending Program or any accounts held by Plaintiff, and therefore has no personal knowledge of St. Louis Bank being aware of any actions that were to be taken with Plaintiffs' investments and/or funds) | Stipulation No. 4 (Plaintiff __________ provided Martin Sigillito full authority to make investments and transfer funds on his/her behalf, and never revoked that authority throughout the operation of the British Lending Program.) | Stipulation No. 5 (Plaintiff ___________ never requested or received relating to the British Lending Program, British Lending Program investments, Derek Smith, Distinctive Properties (UK) Limited, any Financial Statements, tax returns, property tax records, title insurance policies, title reports, cancelled checks, wire transfers, bank account statements, appraisals, property records including Deeds of Trust, or Mortgages, and did not request or receive a closing by a title company for his/her loan.) | Stipulation No. 6 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the BLP) | Stipulation No. 7 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the British American Group) | Stipulation No. 8 (Plaintiff _________ has no personal knowledge that St. Louis Bank directed, operated or managed the Martin Sigilitto, MTSA, Derek Smith) |
|---|---|---|---|---|---|---|---|
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-5 | 6:6-16 | 6:17-19 | 6:20-22 | 6:23-25; 7:1 |
| 5:4-8 | 5:9-16 | 5:17-24 | | 5:25-6:10 | 6:11-13 | 6:14-16 | 6:17-20 |
| 5:1-7 | 5:8-16 | 5:17-25 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |
| 5:2-7 | 5:8-16 | 5:17-25 | 6:1-6 | 6:7-17 | 6:18-20 | 6:21-23 | 6:24-25; 7:1-2 |
| 5:1-8 | 5:9-17 | 5:18-6:1 | | 6:2-12 | 6:13-15 | 6:16-18 | 6:19-22 |
| 5:2-7 | 5:2-7 | 5:2-7 | 6:12-16 | 5:2-7 | 8:23-25; 9:1-5 | | |
| 5:1-6:9 | 5:1-6:9 | 5:1-6:9 | 5:1-6:9 | 5:1-6:9 | | | |
| 5:15-5:24 | 5:25-6:11 | 6:12-7:14 | | 8:5-8-22 | 8:23-25;9:1-5 | 9:6-11 | 9:12-18 |