# ST. LOUIS BANK LOAN AUTHORIZATION FORM

| | | | | | |
|---|---|---|---|---|---|
| Date | 4/11/2008 | Rating | 3 | Closing | |
| Officer | CEH | Gross Revenue of Business/Farm | | Director | |
| Direct Exposure | $600,000 | Gross Income Individual | $14,630,282 | Employee | |
| Indirect Exposure | $200,000 | Participating Bank/SBA | | Officer | |
| HMDA Reportable Y/N | N | SIC Code | N/A | | |
| Reg O Loan Y/N | N | Census Tract Number | | | |

| | | | |
|---|---|---|---|
| Borrower | Phillip L. Rosemann | Legal Entity | LLC |
| Address | PO Box 220452 Kirkwood, MO 63122 | | |
| Work Phone | 314-614-2725 | Home | Fax |

| | A | B | C |
|---|---|---|---|
| New/Renewal/Modif | New | | |
| Loan Amount | $600,000 | | |
| Type of Credit | LOC | | |
| Maturity | 6 months | | |
| Amortization | None | | |
| Repayment Terms | I/O, Monthly | | |
| Interest Rate | WSJ Prime | | |
| Floor/Ceiling | None | | |
| Loan Fees | $0.00 | | |
| Debit/Bill/Coupon | Bill | | |

| | | | |
|---|---|---|---|
| Signor(s)/Title(s) | Phillip L. Rosemann | Tax ID # | |
| Purpose | Pay taxes in leau of liquidating investments | | |

Closing: _____ Title Co. _____ In-house    Disbursing: _____ Title Co. _____ In-house

Source of Repayment    1.) Income from investments
                       2.) Collateral / Guarantor

Collateral (Lien position, description, value, source and advance %)    LTV %    99%
Assignment of CDARS account - Martin T Sigillito Associates - $327,556
Assignment of CDARS account - Martin T Sigillito - $280,224
Total amount - $607,780

| | | | |
|---|---|---|---|
| Owner Occupied | N/A | Non-Owner Occupied | |
| ☐ Check box to enter HMDA information | | ☐ Check box to enter CRA Information | |

| | | | |
|---|---|---|---|
| Title Insurance | | Contact | Phone |
| Liability Insurance | | Contact | Phone |
| Appraisal | | Contact | Phone |

**Guarantors**

| | | | |
|---|---|---|---|
| Name | Martin T Sigillito Associates | | |
| Address | 7710 Carondelet Ave, Suite 208, 63105 | | |
| SS# | 41-2038761 | | |
| Date of PFS/TR | | | |
| Liquidity | | | |
| Net Worth | | | |
| Credit Score | | | |
| | **FYE** | **Interim** | |
| Current Financial | 2007 | | |
| Quality | Tax Return | | |
| Prepared By | | | |

**Financial Covenants/Other Requirements**

| | |
|---|---|
| Policy Exceptions | None |
| TYPE OF BUSINESS | Individual |

SLB000055

## CREDIT RELATIONSHIP

Borrower
Loan #
Type
Original Amount
Original Date
Outstanding
Collateral
Maturity
Amortization
Repayment
Interest Rate
Fees

Borrower
Loan #
Type
Original Amount
Original Date
Outstanding
Collateral
Maturity
Amortization
Repayment
Interest Rate
Fees

## DEPOSIT RELATIONSHIP

| Name on Account | Type of Account | Average Collected | Date Opened |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date of Last Call _____   Referred By _____

**APPROVAL**   **APPROVED SUBJECT TO**

Originating Officer
Concurring Officer
President/Chairman
Loan Committee

# BOARDING DATA SHEET

**Borrower:** PHILLIP L ROSEMANN
P.O. BOX 220452
KIRKWOOD, MO 63122

**Lender:** St. Louis Bank
14323 South Outer Forty Road
North Tower - First Floor
Town and Country, MO 63017

## CUSTOMER DATA SUMMARY

PHILLIP L ROSEMANN
Street Address: P.O. BOX 220452   KIRKWOOD   Individual   MO 63122   Borrower   Cust #:
Mailing Address:                                                      County:   Phone:
Primary Phone:   Ext:   Instructions:                                 County:   Birthday:

## TRANSACTION SUMMARY

Transaction No.: 3059
Product Category: 1
Loan Policy: Consumer

Product Description: 3-Possessory Collateral
Purpose: Loan is for Personal, Family, Household Purposes or Personal Investment Purposes.
Specific Loan Purpose: PAY TAXES IN LIEU OF LIQUIDATING INVESTMENTS

## CLASSIFICATION DATA

Application No:              Branch:              Employee Loan: No
Application Date:            Dept:                Restricted Access: No
Loan No: 435923              Division:            Reg O Loan:
Loan Date: 04-11-2008        Region:              Comments:
Officer: CEH Hingle, Craig E.   Loan Type:
Processor No: EAL Lanzafame, Eric  Loan Class: New Loan
Collateral Code:             Purpose Code:        Portfolio Code:
Charge Code:                 Class Code:          Host System: 200
Call Code:                   User Code 1:         User Code 2:
User Code 3:                 User Code 4:         User Code 5:
User Code 6:                 User Code 7:         User Code 8:
Automatic Payments Account:

## COLLATERAL SUMMARY

| Type | SubType | Description | State | Value | Purchase Money | Collateral Code |
|---|---|---|---|---|---|---|
| Possessory | Deposit Account | CD Account Number 1003279657 with Lender with an approximate balance of $151,433.04 | MO | $151,433.04 | Y | |

Owner(s):

MARTIN T SIGILLITO ASSOCIATES          Corporation          Cust #:
Street Address:                        County:              Phone:
Primary Phone:   Ext:   Instructions:

Resolution:

| Possessory | Deposit Account | CD Account Number 1003325438 with Lender with an approximate balance of $100,510.55 | MO | 100,510.55 | Y | |

Owner(s):

MARTIN T SIGILLITO ASSOCIATES          Corporation          Cust #:
Street Address:                        County:              Phone:
Primary Phone:   Ext:   Instructions:

Resolution:

| Possessory | Deposit Account | CD Account Number 1003360535 with Lender with an approximate balance of $75,612.69 | MO | 75,612.69 | Y | |

Owner(s):

MARTIN T SIGILLITO ASSOCIATES          Corporation          Cust #:
Street Address:                        County:              Phone:
Primary Phone:   Ext:   Instructions:

Resolution:

| Possessory | Deposit Account | CD Account Number 1003324245 with Lender with an approximate balance of $101,202.75 | MO | 101,202.75 | Y | |

Owner(s):

MARTIN T SIGILLITO                     Individual           Cust #:
Street Address:                        County:              Phone:
Primary Phone:   Ext:   Instructions:

| Possessory | Deposit Account | CD Account Number 1003358913 with Lender with an approximate balance of $101,158.65 | MO | 101,158.65 | Y | |

Owner(s):

MARTIN T SIGILLITO                     Individual           Cust #:
Street Address:                        County:              Phone:
Primary Phone:   Ext:   Instructions:

| Possessory | Deposit Account | CD Account Number 1003394065 with Lender with an approximate balance of $77,863.52 | MO | 77,863.52 | Y | |

Owner(s):

MARTIN T SIGILLITO                     Individual           Cust #:
Street Address:                        County:              Phone:
Primary Phone:   Ext:   Instructions:

**TOTAL** $607,781.00

SLB000068

## BOARDING DATA SHEET
### (Continued)

Loan No: 435923                                                                 Page 2

### PAYMENT DATA

SINGLE PAY LOAN
(Variable Rate)

|  | Financed | In Cash |
|---|---|---|
| AMOUNT REQUESTED: | $600,000.00 | |
| PREPAID FINANCE CHARGES: | 0.00 | |
| SECURITY INTEREST CHARGES: | 0.00 | |
| NOTE AMOUNT: | $600,000.00 | $0.00 |

DISBURSEMENTS:
  Check:   PHILLIP L. ROSEMANN                                $600,000.00

PAYMENT CALCULATION:
| No. of Pmts | Amount | Due |
|---|---|---|
| 5 | Interest | Monthly Interest Payments beginning 05-11-2008 |
| 1 | $602,589.04 | Single Payment is due 10-11-2008 |

Disbursement Date:   04-11-2008
Due Date:            10-11-2008

INTEREST RATE SELECTION:

Interest Method:           365/365

Interest Rate:             5.250 at 365/365.
Interest Rate Based On:    Wall Street Journal Prime Rate adjusted each day.
Current Index:             5.250
Interest Rate is:          Not Rounded

| APR | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| 5.264% | $15,793.14 | $600,000.00 | $615,793.14 |

LASER PRO Lending, Ver. 5.40.00.003 Copr. Harland Financial Solutions, Inc. 1997, 2008. All Rights Reserved. - MO H:\CFI\LPL\I40.FC TR-3059 PR-3

SLB000069



#:1 - $1,873,933.00 - 04/14/2008 - 150007821 - 13000386



#:1 - $1,873,933.00 - 04/14/2008 - 150007821 - 13000386

SLB000214

| | |
|---|---|
| Primary Account Number: | 130005960 |
| Statement Date: | Apr 30, 2008 |
| Page Number: | 1 of 2 |

MARTIN T SIGILLITO ATTORNEY AT LAW
IOLTA TRUST ACCOUNT
7710 CARONDELET STE 208
ST LOUIS MO 63105

# Bank Statement

## FOR YOUR INFORMATION

Go to www.stlouisbank.com to enroll for Internet Banking, check on rates or to see the latest news regarding St. Louis Bank.

## BUSINESS INTEREST CHECKING  Account #  130005960

### Account Summary  Account #  130005960

| | |
|---|---:|
| Beginning Balance on Mar 31, 2008 | $932,895.89 |
| Deposits & Other Credits | +$1,347,203.00 |
| Withdrawals & Other Debits | -$2,206,018.02 |
| Interest Paid | +$403.69 |
| Service Charge | -$56.00 |
| Ending Balance on Apr 30, 2008 | $74,428.56 |

### Daily Balance Summary  Account #  130005960

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03-31 | 932,895.89 | 04-15 | 98,234.77 | 04-28 | 195,024.87 |
| 04-02 | 932,176.77 | 04-17 | 30,234.77 | 04-29 | 174,024.87 |
| 04-04 | 802,160.77 | 04-18 | 32,184.77 | 04-30 | 74,428.56 |
| 04-11 | 1,302,152.77 | 04-22 | 32,168.87 | | |
| 04-14 | 28,219.77 | 04-23 | 207,390.87 | | |

### Deposits & Other Credits  Account #  130005960

| Date Credited | Description | Amount |
|---|---|---:|
| 04-11 | WIRE-THEODORE AHRENS | 500,000.00 |
| 04-14 | CUSTOMER DEPOSIT | 600,000.00 |
| 04-15 | WIRE-MILLIENIUM TRUST CO MESSENGER | 70,023.00 |

Richard Aguilar et. al. 236092

STL_BANK_00450

Primary Account Number: 130005960
Statement Date: Apr 30, 2008
Page Number: 2 of 2

## Deposits & Other Credits  Account #  130005960

| Date Credited | Description | Amount |
|---|---|---|
| 04-18 | CUSTOMER DEPOSIT | 1,950.00 |
| 04-23 | WIRE-MILLENIUM TRUST CO | 175,230.00 |
| 04-30 | INTEREST PAYMENT | 403.69 |

## Withdrawals & Other Debits  Account #  130005960

| Date Paid | Description | Amount |
|---|---|---|
| 04-02 | MO LAWYER TRUST  ACH DEBITS SIGILLITO, MARTIN TH | -719.12 |
| 04-04 | WIRE-BRITISH AMERICAN GRP | -130,000.00 |
| 04-04 | Outgoing Wire Fee | -16.00 |
| 04-11 | Incoming Wire Fee | -8.00 |
| 04-15 | Incoming Wire Fee | -8.00 |
| 04-22 | DELUXE CHECK    CHECK/ACC. MARTIN T S A A LAW | -15.90 |
| 04-23 | Incoming Wire Fee | -8.00 |
| 04-28 | WIRE-BRITISH AMERICAN GRP | -4,500.00 |
| 04-28 | Outgoing Wire Fee | -16.00 |
| 04-28 | INTERNATIONAL WIRE | -50.00 |
| 04-28 | INTERNATIONAL WIRE | -7,800.00 |

## Checks Paid  Account #  130005960

| Date Paid | Check Number | Amount | Date Paid | Check Number | Amount |
|---|---|---|---|---|---|
| 04-17 |  | 68,000.00 | 04-30 | 1153 | 100,000.00 |
| 04-14 | 1150* | 1,873,933.00 | 04-29 | 1154 | 20,000.00 |
| 04-29 | 1152* | 1,000.00 |  |  |  |
|  |  |  | Total Checks Paid | | $2,062,933.00 |

* - Indicates a skip in sequential check numbers.

***** INTEREST SUMMARY*****

| Interest Earned  04-01-08  Through  04-30-08 | |
|---|---|
| Days In Statement Period | 30 |
| Interest Earned | 403.69 |
| Annual Percentage Yield Earned | 1.05% |
| Interest Paid This Year | 1,547.66 |
| Interest Withheld This Year | 0.00 |

***** INTEREST RATE SUMMARY *****

| Date | Rate | Date | Rate |
|---|---|---|---|
| 03-31 | 1.040 | | |

Richard Aguilar et. al. 236093

STL_BANK_00451



#0   $68,000.00   04/17/2008

#1150   $1,873,933.00   04/14/2008



#1152   $1,000.00   04/29/2008

#1153   $100,000.00   04/30/2008



#1154   $20,000.00   04/29/2008

Richard Aguilar et. al. 236094   STL_BANK_00452

```
                                        Primary Account Number:          130005960
                                        Statement Date:               Apr 30, 2009
                                        Page Number:                        1 of 2
```

MARTIN T SIGILLITO ATTORNEY AT LAW
IOLTA TRUST ACCOUNT
7710 CARONDELET STE 208
ST LOUIS MO 63105

# Bank Statement

## FOR YOUR INFORMATION

Go to www.stlouisbank.com to enroll for Internet Banking, check on rates or to see the latest news regarding St. Louis Bank.

## BUSINESS INTEREST CHECKING  Account # 130005960

### Account Summary  Account # 130005960

| | |
|---|---:|
| Beginning Balance on Mar 31, 2009 | $183,003.05 |
| Deposits & Other Credits | +$1,588,200.25 |
| Withdrawals & Other Debits | -$1,433,662.51 |
| Interest Paid | +$67.97 |
| Service Charge | -$58.00 |
| Ending Balance on Apr 30, 2009 | $337,550.76 |

### Daily Balance Summary  Account # 130005960

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03-31 | 183,003.05 | 04-09 | 116,683.79 | 04-21 | 39,167.79 |
| 04-01 | 408,515.05 | 04-14 | 43,667.79 | 04-23 | 37,492.79 |
| 04-03 | 590,227.79 | 04-15 | 39,167.79 | 04-30 | 337,550.76 |
| 04-07 | 592,691.79 | 04-20 | -249,032.46 | | |

### Deposits & Other Credits  Account # 130005960

| Date Credited | Description | Amount |
|---|---|---:|
| 04-01 | WIRE-BONITA COBB | 297,536.00 |
| 04-03 | CUSTOMER DEPOSIT | 200,000.00 |
| 04-07 | CUSTOMER DEPOSIT | 2,464.00 |
| 04-09 | WIRE-RBC CAPITAL MARKETS | 500,000.00 |
| 04-21 | TRANSFER FROM 4828 | 288,200.25 |

Richard Aguilar et. al. 236127

STL_BANK_00485

|  |  |
|---|---|
| Primary Account Number: | 130005960 |
| Statement Date: | Apr 30, 2009 |
| Page Number: | 2 of 2 |

### Deposits & Other Credits  Account # 130005960

| Date Credited | Description | Amount |
|---|---|---|
| 04-30 | CUSTOMER DEPOSIT | 300,000.00 |
| 04-30 | INTEREST PAYMENT | 67.97 |

### Withdrawals & Other Debits  Account # 130005960

| Date Paid | Description | Amount |
|---|---|---|
| 04-01 | Incoming Wire Fee | -8.00 |
| 04-01 | WIRE-J SCOTT BROWN | -72,000.00 |
| 04-01 | Outgoing Wire Fee | -16.00 |
| 04-03 | MO LAWYER TRUST  ACH DEBITS SIGILLITO, MARTIN TH | -110.49 |
| 04-09 | Incoming Wire Fee | -8.00 |
| 04-14 | WIRE-J SCOTT BROWN | -73,000.00 |
| 04-14 | Outgoing Wire Fee | -16.00 |
| 04-30 | SERVICE CHARGE FEE | -10.00 |

### Checks Paid  Account # 130005960

| Date Paid | Check Number | Amount | Date Paid | Check Number | Amount |
|---|---|---|---|---|---|
| 04-23 | 1221 | 1,675.00 | 04-09 | 1231 | 350,000.00 |
| 04-03 | 1228* | 12,900.00 | 04-09 | 1232 | 126,000.00 |
| 04-03 | 1229 | 5,276.77 | 04-15 | 1233 | 4,500.00 |
| 04-09 | 1230 | 500,000.00 | 04-20 | 1234 | 288,200.25 |
|  |  |  | **Total Checks Paid** |  | **$1,288,552.02** |

* - Indicates a skip in sequential check numbers.

***** INTEREST SUMMARY *****

Interest Earned  04-01-09  Through  04-30-09

| | |
|---|---|
| Days In Statement Period | 30 |
| Interest Earned | 67.97 |
| Annual Percentage Yield Earned | 0.50% |
| Interest Paid This Year | 262.89 |
| Interest Withheld This Year | 0.00 |

***** INTEREST RATE SUMMARY *****

| Date | Rate | Date | Rate |
|---|---|---|---|
| 03-31 | 0.500 | | |

Page 2

Richard Aguilar et. al. 236128

STL_BANK_00486

Case: 4:14-cv-00983-LRR   Doc. #: 98-6   Filed: 08/31/15   Page: 11 of 18 PageID #: 2463

Primary Account Number: 130005739
Statement Date: May 31, 2009
Page Number: 1 of 2

MARTIN T SIGILLITO ASSOCIATES
7710 CARONDELET STE 208
ST LOUIS MO 63105

# Bank Statement

## FOR YOUR INFORMATION

Go to www.stlouisbank.com to enroll for Internet Banking, check on rates or to see the latest news regarding St. Louis Bank.

FREE BUSINESS CHECKING  Account # 130005739

**Account Summary  Account # 130005739**

| | |
|---|---:|
| Beginning Balance on Apr 30, 2009 | $14,672.18 |
| Deposits & Other Credits | +$216,829.00 |
| Withdrawals & Other Debits | -$216,861.56 |
| Interest Paid | +$0.00 |
| Service Charge | -$16.00 |
| Ending Balance on May 31, 2009 | $14,623.62 |

**Daily Balance Summary  Account # 130005739**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-30 | 14,672.18 | 05-11 | 3,777.22 | 05-20 | 156,080.60 |
| 05-01 | 4,970.31 | 05-12 | 63,777.22 | 05-21 | 155,880.60 |
| 05-06 | 4,828.27 | 05-14 | 13,777.22 | 05-26 | 155,698.07 |
| 05-07 | 4,234.42 | 05-15 | 12,021.07 | 05-28 | 14,623.62 |
| 05-08 | 3,934.42 | 05-18 | 6,821.37 | | |

**Deposits & Other Credits  Account # 130005739**

| Date Credited | Description | Amount |
|---|---|---:|
| 05-12 | CUSTOMER DEPOSIT | 10,000.00 |
| 05-12 | FRM LN# 431600 | 50,000.00 |
| 05-15 | PAYCHEX TPS    TAXES<br>MARTIN T SIGILLITO ASS | 3.00 |

Page

Richard Aguilar et. al. 236270

STL_BANK_00628

|  |  |
|---|---|
| Primary Account Number: | 130005739 |
| Statement Date: | May 31, 2009 |
| Page Number: | 2 of 2 |

## Deposits & Other Credits  Account #  130005739

| Date Credited | Description | Amount |
|---|---|---|
| 05-20 | CUSTOMER DEPOSIT | 150,000.00 |
| 05-29 | CUSTOMER DEPOSIT | 6,826.00 |

## Withdrawals & Other Debits  Account #  130005739

| Date Paid | Description | Amount |
|---|---|---|
| 05-07 | US Bank Leasing  ARC Pymt<br>SERIAL NUMBER: 1600<br>2664005579 | -593.85 |
| 05-11 | PAYCHEX EIB     INVOICE<br>MARTIN T SIGILLITO ASS | -113.54 |
| 05-11 | WAL-MART STORES  PURCHASE<br>SERIAL NUMBER: 1603<br>TERMINAL CITY: HIGH  STATE: IL | -43.66 |
| 05-15 | PAYCHEX TPS     TAXES<br>MARTIN T SIGILLITO ASS | -1,721.21 |
| 05-20 | US Bank Leasing  ARC Pymt<br>SERIAL NUMBER: 1607<br>2664005505 | -445.30 |
| 05-28 | TRANSFER TO 5960<br>WRONG ACCT DEBITED FOR WIRE<br>ON 5/20/09 | -141,016.00 |
| 05-29 | WIRE-J SCOTT BROWN | -6,810.00 |
| 05-29 | Outgoing Wire Fee | -16.00 |

## Checks Paid  Account #  130005739

| Date Paid | Check Number | Amount | Date Paid | Check Number | Amount |
|---|---|---|---|---|---|
| 05-06 | 1601 | 142.04 | 05-28 | 1611* | 58.45 |
| 05-15 | 1602 | 37.94 | 05-01 | 10135* | 6,981.23 |
| 05-14 | 1604* | 50,000.00 | 05-01 | 10136 | 2,720.64 |
| 05-20 | 1605 | 295.47 | 05-18 | 10137 | 2,479.06 |
| 05-21 | 1606 | 200.00 | 05-18 | 10138 | 2,720.64 |
| 05-26 | 1608* | 182.53 | 05-08 | 15991599* | 300.00 |
|  |  |  | Total Checks Paid | | $66,118.00 |

* - Indicates a skip in sequential check numbers.

Page 2

Richard Aguilar et. al. 236271

STL_BANK_00629

```
MIDWEST INDEPENDENT BANK                CONTROL TRANSMITTED CUSTOMER ADVICE
P.O. BOX  104180
910 WEATHERED ROCK ROAD
JEFFERSON CITY, MO  65110-4180

RESPONDENT ACCOUNT: 20-967-8

#### 000028595 #### FT PROD ####      FT INCOMING     ####NORMAL MSG/ACCTG ENTRY####

{2000} Amount:               $1,000,000.00

{3100} Sender:               081000210 US BANK MISSOURI

{3400} Receiver:             086505273 MIDWEST JEFFERSON


{1510} Type Code:            1000
{3600} Bus Function Code:    CTR
{5000} Originator:           D000152308012987
                             THEODORE J AHRENS
                             3815 KASKASKIA RD
                             FULTS,IL,62244

{4200} Beneficiary:          D0130005960
                             MARTIN T. SIGILLITO ATTORNEY AT LAW
                             IOLTA TRUST ACCOUNT
                             7710 CARONDELET AVE, STE 208
                             ST LOUIS, MO 63105

{4320} Ref for BNF:          080307012967

{4100} Beneficiary FI:       D081019133
                             ST LOUIS BANK
                             14323 SOUTH OUTER FORTY RD
                             TOWN   COUNTRY, MO   63017

{1520} IMAD:                 20080307J1Q5040C001686
{3320} Sender Ref:           080307012967

{1110} Timestamp:            03071224FT01
{1120} OMAD:                 20080307QMGFNP3102859503071224FT01

#### 000028595 #### FT PROD ####      FT INCOMING     ####NORMAL MSG/ACCTG ENTRY####

ADV:03/7/2008 11:40 CST
```

Richard Aguilar et. al. 236774

STL_BANK_01132

```
MIDWEST INDEPENDENT BANK                CONTROL TRANSMITTED CUSTOMER ADVICE
P.O. BOX  104180
910 WEATHERED ROCK ROAD
JEFFERSON CITY, MO  65110-4180

RESPONDENT ACCOUNT: 20-967-8

#### 000035009 #### FT PROD ####      FT INCOMING     ####NORMAL MSG/ACCTG ENTRY####

{2000} Amount:                  $297,536.00

{3100} Sender:                  021000021 JPMORGAN CHASE

{3400} Receiver:                086505273 MIB JEFF CITY MO


{1510} Type Code:               1000
{3600} Bus Function Code:       CTR

{5000} Originator:              DNT13322591
                                BONITA L COBB TTEE
                                BONITA L COBB REVOCABLE TRUST
                                U A 10 1 86
                                ST PETERSBURG FL 33702


{5100} Originator FI:
                                NATIONAL FINANCIAL SERVICES CORP 1I
                                BANK RECONCILIATION D-7
                                161 DEVONSHIRE STREET
                                BOSTON, MA 02110

{5200} Instruction From OFI:    D066196191
                                NATIONAL FINANCIAL SERVICES LLC
                                CLS
                                82 DEVONSHIRE ST ZIM2
                                BOSTON MA 02109-3605

{6000} ORG to BNF Info:         BONITA L. COBB REVOCABLE TRUST

{4200} Beneficiary:             D0130005960
                                SIGILLITO IOLTA TRUST ACCOUNT

{4320} Ref for BNF:             SWF OF 09/04/01

{4100} Beneficiary FI:          D081019133
                                ST. LOUIS BANK

{1520} IMAD:                    20090401B1QGC08C004534
{3320} Sender Ref:              8029400091FT

{1110} Timestamp:               04011255FT01
{1120} OMAD:                    20090401QMGFNP3103500904011255FT01

#### 000035009 #### FT PROD ####      FT INCOMING     ####NORMAL MSG/ACCTG ENTRY####

ADV:04/1/2009 12:00 CST
```

file://M:\Archive_04-01-2009_06-30-2009\Reports\{EE74A1E0-367E-447C-BD48-BEB098A69A47}.txt         9/24/200

Richard Aguilar et. al. 236854

STL_BANK_01212

```
 11-18-2010                        Note Inquiry      Next Display: 10    50-0705-AD
   08:59:43                       History Detail                         TREMILLARD
 Note number:          435923 - 000
 Short name:   ROSEMANN PHIL
*-----------Transaction Data------------*  *----------Account Data------------*
Transaction code:                  82-00   Account balance:         398,295.89
Description:         UNSCHED PMT           Interest rate:                5.2500
                                           Interest balance:             431.51
CUST CK                                    Escrow-1 balance:                .00
                                           Escrow-2 balance:                .00

PRINCIPAL                       68,000.00  *--------------Dates---------------*
                                           Posting date:              4-16-08
                                           Due date:
                                           Effective date:            4-16-08
                                           Paid-to date:              4-11-08
                                           *-----------Posting Data-----------*
                                           Posting flag:                    R
                                           User I.D.:               NKIRKWOOD


Transaction amount:             68,000.00
 F3=Exit    F7=Print history    F8=Participation inquiry    F24=More keys
```

Richard Aguilar et. al. 236978

STL BANK 01336

```
 11-18-2010                     Note Inquiry        Next Display: 10    50-0705-AD
  10:02:01                     History Detail                            TREMILLARD
 Note number:        435923 - 000
  Short name:    ROSEMANN PHIL
*------------Transaction Data------------*  *----------Account Data------------*
Transaction code:                  82-00     Account balance:         298,295.89
Description:        UNSCHED PMT              Interest rate:                5.2500
                                             Interest balance:          1,176.27
CUSTOMER BK CK 1153                          Escrow-1 balance:                .00
                                             Escrow-2 balance:                .00

PRINCIPAL                      100,000.00   *--------------Dates---------------*
                                             Posting date:              4-29-08
                                             Due date:
                                             Effective date:            4-29-08
                                             Paid-to date:              4-11-08
                                            *-----------Posting Data-----------*
                                             Posting flag:                    R
                                             User I.D.:               KNICKELSON


Transaction amount:            100,000.00
 F3=Exit    F7=Print history    F8=Participation inquiry    F24=More keys
```

Richard Aguilar et. al. 236979

STL_BANK_01337

```
 11-18-2010                      Note Inquiry        Next Display: 10    50-0705-AD
  10:02:53                      History Detail                            TREMILLARD
 Note number:         435923 - 000
 Short name:    ROSEMANN PHIL
*-----------Transaction Data-------------*  *----------Account Data------------*
Transaction code:                   86-00   Account balance:                .00
Description:          PAYOFF                Interest rate:              5.0000
                                            Interest balance:               .00
SIGILLITO ATTY CK #1155 & #1156             Escrow-1 balance:               .00
                                            Escrow-2 balance:               .00

PRINCIPAL                      298,295.89   *--------------Dates---------------*
INT PAID                         1,302.94   Posting date:              5-02-08
                                            Due date:
                                            Effective date:            5-02-08
                                            Paid-to date:              5-02-08
                                            *-----------Posting Data-----------*
                                            Posting flag:                    R
                                            User I.D.:                TSWINDLE
                                            Process supplemental adjustments:

Transaction amount:            299,598.83
 F3=Exit    F7=Print history    F8=Participation inquiry    F24=More keys
```

Richard Aguilar et. al. 236980

STL_BANK_01338

**Pruett, Julie**

| | |
|---|---|
| From: | Pruett, Julie |
| Sent: | Monday, April 14, 2008 9:24 AM |
| To: | 'm.sigillito@att.net' |
| Cc: | 'Stajduhar Liz' |
| Subject: | Cashier's Check |

Please confirm that after cashier's check is deposited into the Trust account ending in 5960, $1,873,933.00 is to be transferred to the account of Philip L. Rosemann. We will then issue a cashier's check from Mr. Rosemann's account to the United States Treasury in the amount of $1,873,933.00. Cashier's check is to show Philip L Rosemann as remitter and will also bear his SSN.

Thank You

Julie Pruett, AVP
Treasury Management
St. Louis Bank
14323 South Outer Forty Rd
Town & Country, MO 63017
314-851-6206 Office
314-851-6306 FAX
314-851-6200 Branch
314-740-6655 Cell

---

**MISC. TRANSACTION**     DATE 4/14/08

RE: _____

ACCOUNT NAME  Philip L. Rosemann - 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

CC: 1 1 5    ACCOUNT #: 0 0 0 7 8 2 1
☐ CHECKING
☐ SAVINGS

DESCRIPTION: Cashier's Check to United States Treasury

| AMOUNT | |
|---|---|
| DEBIT | 1,873,933.00 |
| CREDIT | |

Prepared by: [signature]
Approved by: _____

SLB-100

1

Richard Aguilar et. al. 237132                              STL_BANK_01490