# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| PHIL ROSEMANN et al., | |
|     Plaintiffs, | No. 14-CV-983-LRR |
| vs. | **ORDER** |
| ST. LOUIS BANK, | |
|     Defendant and Third-Party Plaintiff, | |
| vs. | |
| PAUL VOGEL, | |
|     Third-Party Defendant, | |
| and | |
| ST. LOUIS BANK, | |
|     Counter Claimant, | |
| vs. | |
| PHIL ROSEMANN, | |
|     Counter Defendant. | |

_____

The matter before the court is Plaintiffs' unresisted "Motion for Leave to File Corrected Statement of Uncontroverted Material Facts" ("Motion") (docket no. 100), which Plaintiffs filed on September 2, 2015. For the reasons stated in the Motion, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to detach and separately docket the "Statement of Uncontroverted Material Facts" (docket no. 100-1).

**IT IS SO ORDERED.**

**DATED** this 2nd day of September, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA